**Order issued October 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-00193-CR
_____

### PATRICIA ANN SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Bridges, Lang, and Evans

Based on the Court's opinion of this date, we **GRANT** the June 3, 2014 motion of Niles Illich for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Patricia Ann Smith, TDCJ No. 1907479, Hilltop Unit, 1500 State School Road, Gatesville, Texas, 76598-2996.

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE